UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                  **DECISION AND ORDER**
          v.                                       16-cv-53-A

ONE GRAY 2009 DODGE CARAVAN
VIN NUMBER 2D8HN44E99R535737,

                        Defendant.

---

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1). On September 22, 2017, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 27), recommending that the Government's motion (Dkt. No. 25) to strike the answer and claim of Eric James be granted, and that default judgment be entered against the defendant vehicle.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and no objections having been timely filed, it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge H. Kenneth Schroeder's Report and Recommendation, the Government's motion to strike the answer and claim of Eric James is granted, and default judgment is to be entered against the defendant vehicle, and it is

**ORDERED**, that the Clerk shall enter Judgment accordingly.

**IT IS SO ORDERED.**

                                                      *Richard J. Arcara*
                                    HONORABLE RICHARD J. ARCARA
                                    UNITED STATES DISTRICT COURT

Dated:   November 30, 2017